WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| PATRICIA DURAN DeOLSEN,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW SAUL[1], Commissioner of Social Security Administration,<br><br>　　　　Defendant. | CASE NO.: **EDCV18-01703 MAA**<br><br>~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |

　　Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

　　**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND ONE HUNDRED SIX DOLLARS and 17/cents ($2,106.17), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:
September 5, 2019

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul is now the Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1